IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY BAILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>    Defendant. | Case No. 6:18-cv-00925-SB<br><br>ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

    Plaintiff's counsel is hereby allowed to receive attorneys' fees in the amount of $14,927.75 pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. After the EAJA fees are subtracted from the $14,927.75, Plaintiff's counsel may retain $7,518.91. Consistent with these amounts allowed, past-due benefits withheld by the agency in anticipation of an order under 42 U.S.C. 406(b) if any, may be payable and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401, less an administrative assessment pursuant to 42 U.S.C. 406(d) and the amount of the EAJA fees previously received by the attorney.

    IT IS SO ORDERED this 19th day of October, 2020.

                                                  /s/ Stacie F. Beckerman
                                                  Hon. Stacie F. Beckerman
                                                  United States Magistrate Judge

Proposed Order submitted by:
Mark A. Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for Plaintiff